

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-25-00726-CV

Antonio E. **MERCADO** and Nancy L. Mercado,
Appellants

v.

**EPIC CRUDE PIPELINE, LP** and Coastal Bend Y-Grade Pipeline, LP,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-25-34
Honorable Baldemar Garza, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Velia J. Meza, Justice

Delivered and Filed: July 8, 2026

MOTION TO DISMISS GRANTED; VACATED AND REMANDED

This appeal was previously abated to allow the parties time to finalize a settlement agreement. The parties have now filed a joint motion to dismiss this appeal because they have settled their dispute. The parties' motion requests that we vacate the trial court's judgment, including all interlocutory orders, and remand the cause to the trial court to render judgment in accordance with their settlement agreement pursuant to Rule 42.1(a)(2)(B) of the Texas Rules of Appellate Procedure. We reinstate this case on the docket, grant the motion, set aside the trial

court's judgment without regard to the merits, and remand the cause to the trial court. In accordance with the parties' agreement, costs of appeal are assessed against the party incurring them. *See* TEX. R. APP. P. 42.1(d). We further order the clerk of the court to immediately issue a mandate with the issuance of this opinion. *See id*. R. 18.1(c).

PER CURIAM